# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOCELYN SEGURA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MIRAMAR PROFESSIONAL SERVICES, a California corporation dba MANKIND DISPENSARY,<br><br>Defendants. | Case No. 19-CV-0971-DMS-JLB<br><br>**JOINT MOTION/STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. Proc. 41(a)(1)(A)(ii)] |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and their Settlement Agreement in the above-entitled action, Plaintiff Jocelyn Segura, an individual, and Defendant Miramar Professional Services, a California corporation, dba Mankind Dispensary (collectively, the "Parties"), by and through their respective counsel of record (or themselves if *in pro per*), hereby stipulate and jointly move that the above-entitled action be

. . . .

1  dismissed in its entirety, *with prejudice*, with the Parties to each bear their
2  own attorney's fees and costs.

**Jocelyn Segura**
Plaintiff *in pro per*

DATED: August 7, 2019        By: *s/ Jocelyn Segura*
                                  Jocelyn Segura

**WRIGHT, L'ESTRANGE & ERGASTOLO**
Attorneys for Defendant MIRAMAR
PROFESSIONAL SERVICES, a California
corporation, dba MANKIND DISPENSARY

DATED: August 7, 2019        By: *s/ Robert C. Wright*
                                  Robert C. Wright
                                  wright@wlelaw.com

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all of the above-named signatories, and that I obtained Plaintiff Jocelyn Segura's authorization to affix electronic signatures to this document.

**WRIGHT, L'ESTRANGE & ERGASTOLO**
Attorneys for Defendant Miramar Professional Services, a California corporation, dba Mankind Dispensary

Dated:  August 7, 2019        By:  *s/ Robert C. Wright*
                                    Robert C. Wright
                                    rwright@wlelaw.com