# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| JOCELYN SEGURA, an individual, | Case No. 19-CV-0971-DMS-JLB |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION/ STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| MIRAMAR PROFESSIONAL SERVICES, a California corporation, dba MANKIND DISPENSARY, | |
| Defendants. | |

The parties having filed a Joint Motion/Stipulation for Dismissal with Prejudice and good cause appearing,

IT IS HEREBY ORDERED that this case be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

Dated: August 8, 2019

_____
Hon. Dana M. Sabraw
United States District Judge